# CUSHNER & ASSOCIATES, P.C.

399 Knollwood Road, Suite 205 • WHITE PLAINS, NEW YORK 10603
PHONE (914) 600-5502 • FAX (914) 600-5544 • www.cushnerlegal.com

Todd S. Cushner**
James J. Rufo***

**Admitted NY, NJ, USDNJ, SDNY and EDNY
*** Admitted NY, SDNY, EDNY, NDNY and WDNY

March 26, 2019

**VIA ECF**
Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      **Re**:    Michael A. Damergis, Chapter 11, Case No. 19-22543 (RDD)
              Adjournment of 341(a) Meeting of the Creditors

Dear Judge Drain:

    The law firm of Cushner & Associates, P.C. represents the Debtor, Michael A. Damergis in the above referenced Chapter 11 proceeding.

    Please accept the following as confirmation that the 341(a) Meeting scheduled for March 27, 2019 at 1:00 p.m. has been adjourned to **April 3, 2019 at 1:00 p.m.**

    Thank you for your timely attention to this matter.

                                            Respectfully yours,

                                            */s/ Todd S. Cushner*
                                            Todd S. Cushner, Esq.

cc:     Serene K. Nakano
        United States Trustee